```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. DKC 23-323 |
| | : |
| MICHAEL GEORGE VERZALENO, JR., et al. | : |

**ORDER**

Upon consideration of the government's Petition for the Issuance of a Subpoena filed pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, it is this 19th day of August, 2024, by the United States District Court for the District of Maryland, ORDERED, that:

1. The motion for the issuance of a Rule 17 subpeona filed by the Government (ECF No. 100) BE, and the same hereby IS, GRANTED; and the Clerk will issue the following subpoenas pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure:

```
Custodian of Records              Custodian of Records
Kearny Steel Container Corp.      Kearny Steel Container Corp.
c/o Michael Verzaleno, Sr.        c/o Anthony Mahajan, Esq.
401 South Street                  Health Law Alliance
Newark, NJ  07105                 51 JFK Parkway
                                  Short Hills, NJ  07078
```

TO PRODUCE: The General Ledger for Kearny Steel Container Corporation described as a handwritten account ledger containing debits and credits and various journal entries covering fiscal years 2013 through 2020.

2. The Clerk is DIRECTED to transmit a copy of this Order to counsel of record.

                                                     /s/
                                    DEBORAH K. CHASANOW
                                    United States District Judge