

**JARROD L. SCHAEFFER**
646-970-7339 (direct dial)
jschaeffer@aellaw.com
aellaw.com

**256 Fifth Avenue, 5th Floor**
**New York, New York 10001**

August 28, 2024

**By ECF**

Honorable Deborah K. Chasanow
United States District Judge
District of Maryland
6500 Cherrywood Lane, Ste 400
Greenbelt, Maryland 20770

      Re:    *United States v. Michael George Verzaleno Jr., et al.*,
              Docket No. 23-cr-323-DKC

Your Honor:

      We write respectfully regarding the briefing on the Government's motion *in limine* concerning Eugene DiNoto. (*See* Dkts. 95, 97, 105.) Last night, the Government filed a reply that, among other things, asserts that evidence and questioning regarding Mr. DiNoto's paranormal fixation are neither probative nor permitted. As it considers the parties' briefing, the Court should be aware of different representations on this subject previously made by the Government to a different judge in this District, including the following:

- "[DiNoto] falsely claimed special skills that allow him to see ghosts, apparitions, demons, and spirits. He has numerous videos that are currently posted on YouTube where he is claiming that he is able to film ghosts and demons on his body and in his house. I have provided Your Honor -- I hope you are allowed those exhibits."[1]

- "All those videos are doctored to make it appear that the shadows and reflections on his head and face appear to be apparitions of some sort."[2]

- "It goes without saying that this is very odd and deceitful behavior, and is displayed on the most public of platforms to the public. By showcasing his purported paranormal activity and his paranormal skills, it appears that he is

---

[1]     (Tr. of Nov. 3, 2021 Detention Hr'g for Eugene DiNoto at 16:17–22.)

[2]     (*Id.* at 17:8–10.)

attempting to con and manipulate people for his own self --- or possibly financial gain."[3]

- ". . . Your Honor, it is clear that this is not an innocent hobby or some kind of prank that he is trying to get attention with."[4]

- ". . . Your Honor, on the YouTube point, that [it] was a harmless video and people who are entitled to believe in paranormal activity, I agree. But in this case, it is not harmless because what we have shown Your Honor is that this is a con. In other words, he doesn't believe what he is posting. He doesn't believe it at all. He is filming it using his cell phone and he is accepting -- he has been selling reflections off of KD screens and saying it is in his own house, and calling it ghosts."[5]

- "It is a con. And he is trying to get people [to] call up or come to his house. I don't know why, but why is he doing it? It is a con, so it is very --- to Your Honor's determination."[6]

Relevant excerpts from the transcript containing these representations are appended hereto as Exhibit A for the Court's convenience.

Respectfully submitted,

/s/ *Jarrod L. Schaeffer*

David M. Eskew
Jarrod L. Schaeffer

ABELL ESKEW LANDAU LLP
256 Fifth Avenue, 5th Floor
New York, NY 10001
deskew@aellaw.com (*pro hac vice*)
jschaeffer@aellaw.com (*pro hac vice*)

Evan T. Shea
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, MD 21202
etshea@venable.com

*Counsel for Defendant Susan P. Carrano*

---

[3]   (*Id.* at 18:2–8.)
[4]   (*Id.* at 18:12–14.)
[5]   (*Id.* at 41:21–42:4.)
[6]   (*Id.* at 42:5–8.)

/s/ George P. Varghese

George P. Varghese
Benjamin Conery
WILMER CUTLER PICKERING HALE & DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
George.Varghese@wilmerhale.com (*pro hac vice)*
Benjamin.Conery@wilmerhale.com (*pro hac vice*)

Lee Vartan
Melissa Wernick
CHIESA SHAHINIAN & GIANTOMASI PC
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 325-1500
lvartan@csglaw.com (*pro hac vice*)
mwernick@csglaw.com (*pro hac vice*)

*Counsel for Defendant Michael G. Verzaleno, Jr.*

/s/ Zach Intrater

Zach Intrater
AGNIFILO INTRATER LLP
445 Park Avenue, 7th Floor
New York, NY 10022
(917) 721-7331
zach@agilawgroup.com (*pro hac vice*)

Bruce L. Marcus
Sydney M. Patterson
MARCUSBONSIB, LLC
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770

*Counsel for Defendant Michael Verzaleno, Sr.*