# Exhibit 1

| | |
|---|---|
| **From:** | Anthony Mahajan <amahajan@healthlawalliance.com> |
| **Sent:** | Tuesday, August 27, 2024 5:32 PM |
| **To:** | Clarke, Marty (USAMD) |
| **Cc:** | Gruber, Harry (USAMD); Rzepecki, Daniel (BA) (FBI) |
| **Subject:** | [EXTERNAL] RE: Service of Rule 17 Subpoena |

I don't have it yet but should soon. I haven't seen the order you reference, please forward and I will follow-up accordingly.

**From:** Clarke, Marty (USAMD) <Marty.Clarke@usdoj.gov>
**Sent:** Tuesday, August 27, 2024 10:55 AM
**To:** Anthony Mahajan <amahajan@healthlawalliance.com>
**Cc:** Gruber, Harry (USAMD) <Harry.Gruber@usdoj.gov>; Rzepecki, Daniel (BA) (FBI) <drzepecki@fbi.gov>
**Subject:** RE: Service of Rule 17 Subpoena

Mr. Mahajan,

The government has not received the General Ledger that Judge Chasanow ordered to be produced yesterday. Did you send it and we just haven't received it yet? Please advise.

Thank you,
Marty


Martin J. Clarke
Assistant United States Attorney
Office of the United States Attorney
District of Maryland
36 South Charles Street, Suite 400
Baltimore, MD 21201-3119
marty.clarke@usdoj.gov
(o) 410-209-4840
(c) 410-212-4643


**From:** Anthony Mahajan <amahajan@healthlawalliance.com>
**Sent:** Wednesday, August 21, 2024 9:28 PM
**To:** Clarke, Marty (USAMD) <MClarke@usa.doj.gov>
**Cc:** Gruber, Harry (USAMD) <HGruber@usa.doj.gov>; Rzepecki, Daniel (BA) (FBI) <drzepecki@fbi.gov>
**Subject:** [EXTERNAL] RE: Service of Rule 17 Subpoena

Yes, but I have to figure out if I am, in fact, being hired to represent the company. I'm away this week but will address this on Monday. If I end up being retained by the company, I will let you know and accept service. If not, I will also let you know.

**From:** Clarke, Marty (USAMD) <Marty.Clarke@usdoj.gov>
**Sent:** Wednesday, August 21, 2024 4:08 PM
**To:** Anthony Mahajan <amahajan@healthlawalliance.com>

1

**Cc:** Gruber, Harry (USAMD) <Harry.Gruber@usdoj.gov>; Rzepecki, Daniel (BA) (FBI) <drzepecki@fbi.gov>
**Subject:** Service of Rule 17 Subpoena

Mr. Mahajan,

Please find attached a copy of the Rule 17 subpoena for production of the General Ledger for Kearny Steel Container Corporation. Notwithstanding the fact that you advised the FBI agent who tried to serve the subpoena that you did not represent the company, will you accept service via this email as you told the agent you would have done if given the chance initially? If not, is there a person who can accept service on your behalf?

Thank you,
Marty


Martin J. Clarke
Assistant United States Attorney
Office of the United States Attorney
District of Maryland
36 South Charles Street, Suite 400
Baltimore, MD 21201-3119
marty.clarke@usdoj.gov
(o) 410-209-4840
(c) 410-212-4643