

**U.S. Department of Justice**

*United States Attorney
District of Maryland*

---

*Martin J. Clarke*
*Harry M. Gruber*
*Joseph L. Wenner*
*Assistant United States Attorneys*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*MAIN: 410-209-4800*
*FAX: 410-962-0716*

August 29, 2024

By ECF

Honorable Deborah K. Chasanow
United States District Judge
District of Maryland
6500 Cherrywood Lane, Ste 400
Greenbelt, Maryland 20770

   Re: *United States v. Michael George Verzaleno Jr., et al.*,
   Case No. 23-cr-323-DKC

Your Honor:

  The government writes to respond to correspondence filed by defense counsel on August 28, 2024 regarding the government's motion in limine concerning Eugene DiNoto. ECF 106. In that correspondence, the Defendants highlight excerpts from DiNoto's detention hearing three years ago on November 3, 2021 – less than two weeks after his arrest. Those quotes demonstrate an old understanding of DiNoto's paranormal activities that subsequent evidence has shown to be incorrect.

  The excerpts illustrate the government's prior suspicions that DiNoto was falsely posing as a clairvoyant as an attempt to obtain money or publicity. That belief was based on a misimpression that all DiNoto's of YouTube videos were public facing. *See, e.g.,* ECF 106-1 at 18 (stating that DiNoto's videos were "displayed on the most public of platforms to the public); *id.* at 17 ("it appears that he uses these videos to solicit people"); *id.* ("We don't know the exact purpose of these solicitations, possibly to get money, possibly to get hits on his videos. We are not sure."). That was incorrect. As the government later discovered, aside from one video, DiNoto's YouTube postings are private and unlisted among publicly searchable videos.

  Additional evidence has demonstrated that DiNoto's belief in the paranormal is genuine. The government has not found any indication that DiNoto received money tied to his paranormal activities. To the contrary, as Defendants have proffered, DiNoto has spent hundreds of dollars on equipment related to detecting paranormal events. *See* ECF 97 at 6 n.8 (highlighting that DiNoto has purchased a "Spirit Detector - Ghost, Haunted & Paranormal Radar Scanner" from the Apple iTunes Store . . . and ordered almost $350 of audio-visual equipment from a company called GhostStop"). And DiNoto has brought "paranormal researchers" into his home. *Id.* at 2 n.4. This

is consistent with DiNoto's insistence in subsequent proffers with the government that his belief in the paranormal is genuine and sincere.

        Very truly yours,

        Erek L. Barron
        United States Attorney

        /s/_____
        Martin J. Clarke
        Harry M. Gruber
        Joseph L. Wenner
        Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

This is to certify that on this day, August 29, 2024, a copy of the foregoing filing was electronically filed and delivered via ECF to all counsel of record in this matter as well as sent via email.

/s/_____
Joseph L. Wenner
Assistant United States Attorney