IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DKC-23-0323 |
| | * | |
| MICHAEL GEORGE VERZALENO, JR, | * | |
| MICHAEL G. VERZALENO, SR, | * | |
| SUSAN P. CARRANO | * | |
| | * | |
| Defendants. | * | |
| | * | |

**********

## GOVERNMENT'S MOTION TO WITHDRAW MOTION FOR ORDER TO SHOW CAUSE

The United States of America, by and through its undersigned counsel, hereby moves to withdraw the *Government's Motion for Order to Show Cause* (ECF 107) filed on August 28, 2024, for the reasons set forth below.

1. On August 19, 2024, the government moved for issuance of a Fed. R. Crim. P. 17(c) subpoena to order the Custodian of Records for the Kearny Steel to produce the company's General Leger prior to trial. ECF 100. As explained fully in that motion, the government had tried to obtain the General Ledger, initially by service of a grand jury subpoena to the company's Custodian of Records, then by requests to the company's accountant and its lawyer, all with no success. Based on a recent interview of the company's accountant, the General Ledger was currently being kept at Kearny Steel's business office.

2. That same day, the Court granted the motion and ordered the Clerk to issue two Rule 17 subpoenas to Kearny Steel – one care of Michael Verzaleno, Sr., the other care of Mr. Mahajan. ECF 101. These subpoenas ordered Kearny Steel to produce to the U.S. Attorney's Office: "The General Ledger for Kearny Steel Container Corporation described as a handwritten

account ledger containing debits and credits and various journal entries covering fiscal years 2013 through 2020." The deadline for production was August 28, 2024 at noon.

3. On August 28, 2024, after numerous attempts to find out if Mr. Mahajan in fact represented Kearny Steel, Mr. Mahajan emailed government counsel that same day to say that he did represent the company and accepted service of the subpoena. Her further stated that he had the General Ledger, and he attached copies of pages purported to be from the General Ledger.

4. Government counsel advised Mr. Mahajan that the subpoena sought production of the actual ledger, not copies of page of from the ledger. Mr. Mahajan agreed to meet with an FBI agent later that afternoon to deliver the actual ledger.

5. That afternoon an FBI agent met Mr. Mahajan in New Jersey and obtained what was purported to be the General Ledger and delivered it to the Office of the United States Attorney in Maryland the next day.

WHEREFORE, since the original purpose of the *Government's Motion for Order to Show Cause* has been fulfilled, *i.e.*, the General Ledger has been produced to the government, the government moves to withdraw its motion for production, ECF 107.

        Respectfully Submitted,

        Erek L. Barron
        United States Attorney

By: _____/s/_____
        Martin J. Clarke
        Harry M. Gruber
        Joseph L. Wenner
        Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

This is to certify that on this day, August 30, 2024, a copy of the foregoing filing was electronically filed and delivered via ECF to all counsel of record in this matter as well as sent via email.

_____/s/_____
Martin J. Clarke
Assistant United States Attorney