**CSG law**

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

LEE VARTAN
Member

lvartan@csglaw.com

O 973.530.2107    F 973.325.1501

September 5, 2024

*Via ECF*
The Honorable Deborah K. Chasanow
United States District Judge
District of Maryland
6500 Cherrywood Lane
Suite 400
Greenbelt, MD 20770

Re:   **United States v. Michael George Verzaleno Jr., et al.
      Docket No. 23-cr-323-DKC**

Dear Judge Chasanow:

    This firm represents Michael George Verzaleno Jr. in the above-captioned matter, but writes on behalf of all defendants. Earlier today, the Government provided defendants with the fourteenth and fifteenth discovery productions, including over two-thousand pages of documents, along with dozens of audio recordings. The Government has further indicated that additional discovery will be forthcoming. It did so after representing yesterday that discovery was complete.

    Given the proximity to trial, and the need for the defense to review the documents produced and to be produced, defendants jointly request a reasonable continuance of trial of at least 30-days, as the Court's calendar permits. The defense met and conferred with the Government about this adjournment request, and the Government does not object.

    Accordingly, defendants respectfully request that the Court grant the requested continuance so that defendants and counsel have adequate time to review the newly produced materials (and to be produced materials) and prepare for trial.

    Very truly yours,

    */s/ Lee Vartan*

    Lee Vartan

NEW JERSEY    NEW YORK

4871-1630-0001.v1