**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF MARYLAND**

**DEBORAH K. CHASANOW**　　　　　　　　　　　　　　　　　　　　6500 Cherrywood Lane
UNITED STATES DISTRICT JUDGE　　　　　　　　　　　　　　　　　Greenbelt, MD  20770
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(301) 344-0634

September 6, 2024

TO:　Counsel

RE:　United States of America v. Michael George Verzaleno, Jr.,
　　　　Michael George Verzaleno, Sr., and Susan P. Carrano
　　　Criminal No. DKC 23-323

Dear Counsel:

　　　This letter will confirm the matters discussed during the recorded telephone conference today.  The government provided Defendants with additional discovery on September 5 consisting of over 2,000 pages of documents and dozens of audio recordings.  The government also indicates that more discovery will be provided.  Defense counsel request that the trial scheduled to begin on September 9, 2024, be continued at least 30 days to allow them time to review the recently-provided discovery and anticipated additional discovery.  The government does not oppose a continuance.  Accordingly, the September 9 trial date is removed from the court's calendar.

　　　The trial will be rescheduled, tentatively, to the three-week period beginning December 2, 2024.  This date is subject to the availability of another judge for transfer.  The government anticipates that production of all discovery will be complete by September 16, 2024.  Defendants will submit a report, by September 23, with their reciprocal disclosures pursuant to Fed. R. Crim. P. Rule 16, including the identification of documents and exhibits that will be used in their case-in-chief.  No experts are anticipated at this point, but if that changes, then Defendants' experts will be included in their disclosure.

　　　Despite the informal nature of this letter, it constitutes an Order of the court, and the clerk is instructed to docket it as such.

　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　/s/

　　　　　　　　　　　　　　　　　　　　DEBORAH K. CHASANOW
　　　　　　　　　　　　　　　　　　　　United States District Judge