IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| V. | * | CRIMINAL NO. PX-23-323 |
| | * | |
| MICHAEL GEORGE VERZALENO JR, | * | |
| | * | |
| Defendant | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | ******* | |

## ENTRY OF APPEARANCE

MADAM CLERK:

Please enter the appearance of Timothy F. Hagan as counsel for the United States of America for all purposes in the above-captioned case.

                                            Respectfully submitted,

                                            Erek L. Barron
                                            United States Attorney

                              BY:   /s/
                                          Timothy F. Hagan
                                          Assistant United States Attorney