# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| v. | *   **CRIMINAL NO. PX-23-323** |
| | * |
| **MICHAEL G. VERZALENO ET AL.** | * |
| | * |
| **Defendants.** | * |
| | * |
| | ****** |

## MOTION TO STRIKE APPEARANCE

CLERK OF THE COURT:

 Please strike the appearance of Assistant U.S. Attorney Harry M. Gruber in the above referenced case as counsel of record for the United States of America.

          Respectfully submitted,

          Erek L. Barron
          United States Attorney

          _____/s/_____
          Harry M. Gruber
          Assistant United States Attorney
          36 South Charles Street
          Fourth Floor
          Baltimore, Maryland 21201
          410-209-4800

SO ORDERED, this _____ day of September 2024.

          _____
          Honorable Paula Xinis
          United States District Judge