Case 1:23-cr-00323-PX   Document 131   Filed 09/26/24   Page 1 of 1

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL GEORGE VERZALENO, JR,<br>MICHAEL G. VERZALENO, SR,<br>SUSAN P. CARRANO<br><br>Defendants. | Criminal Action No. 1:23-cr-00323-PX |

**PRETRIAL SCHEDULING ORDER**

For the reasons stated during today's status conference, and with agreement of the parties, the Court issues the following pretrial schedule:

| | |
|---|---|
| November 4, 2024 | Supplemental Motions *in Limine* due |
| November 18, 2024 | Responses to Motions *in Limine* due |
| November 25, 2024 at 12:00 PM | Pretrial Conference |
| December 2, 2024 | Trial begins. Expected length: 13 Days. Court out-of-session on December 3 and 4. |

Dated: September 26, 2024             /S/
                                               Paula Xinis
                                               United States District Judge