# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Criminal No. 1:23-CR-00323 |
| v. | |
| **MICHAEL GEORGE VERZALENO, JR.,** <br> **MICHAEL G. VERZALENO, SR.,** <br> **SUSAN P. CARRANO** | |
| **Defendants.** | |

## MOTION FOR ENTRY OF STIPULATED ORDER REGARDING CONFIDENTIALITY OF THIRD-PARTY SUBPOENA RETURN MATERIALS

Defendants Michael George Verzaleno, Jr., Michael G. Verzaleno, Sr., and Susan P. Carrano ("Defendants"), by and through their undersigned counsel, hereby move the Honorable Court pursuant to Federal Rule of Criminal Procedure 16(d)(1) to approve and enter the parties' Stipulated Order Regarding Confidentiality of Third-Party Subpoena Return Materials, attached hereto as Exhibit A.

WHEREFORE, the parties respectfully request that the Court enter the attached Stipulated Order Regarding Confidentiality of Third-Party Subpoena Return Materials.

Dated: October 10, 2024

Respectfully Submitted,

Zach Intrater, Esq.