# EXHIBIT TTT

Sentencing video, accessible at: https://f.io/2ktiXQ5w

The Password to access the video is: **Verzaleno**.

2