**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

United States of America,                    *

                                             *

    v.                                         Case No.  1:23-cr-00323-PX

                                             *

Michael Verzaleno, Jr., et al.

    **Defendant.**                              *

<u>**MOTION FOR ADMISSION PRO HAC VICE**</u>

    I, <u>Bruce L. Marcus</u>, am a member in good standing of the bar of this

Court.  I am moving the admission of <u>Daniela Manzi</u>

to appear pro hac vice in this case as counsel for <u>Michael Verzaleno, Sr.</u>.

    We certify that:

1.  The proposed admittee is a member in good standing of the bars of the following
State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York - 11/10/2021 | Southern District of New York - 2/4/2025 |
| | |
| | |
| | |

2.  The proposed admittee has never been disbarred, suspended, or denied admission to
practice law in any jurisdiction.   (NOTE:  If the proposed admittee has been
disbarred, suspended, or denied admission to practice law in any jurisdiction, then
he/she must submit a statement fully explaining all relevant facts.)

3.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional
Conduct, the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, the
Federal Rules of Appellate Procedure, and the Local Rules of this Court, and
understands he/she shall be subject to the disciplinary jurisdiction of this Court.

4.  The proposed admittee understands admission pro hac vice is for this case only and
does not constitute formal admission to the bar of this Court.

5.  Either the undersigned movant or _____,
    is also a member of the bar of this Court in good standing, and will serve as co-
    counsel in these proceedings.

6.  **The $100.00 fee for admission pro hac vice accompanies this motion.**

7.  We hereby certify under penalties of perjury that the foregoing statements are true
    and correct.

MOVANT

*/s/ Bruce L. Marcus*

_____
Signature

Bruce L. Marcus (Bar No. 06341)

_____
Printed name and bar number

MarcusBonsib, LLC

_____
Office name

6411 Ivy Ln, Ste 116, Greenbelt, MD 20770

_____
Address

bmarcus@marcusbonsib.com

_____
Email Address

(301) 441-3000

_____
Telephone number

(301) 441- 3003

_____
Fax Number

PROPOSED ADMITTEE

_____
Signature

Daniela Manzi (New York Bar No. 5868062)

_____
Printed name and bar number

Agnifilo Intrater LLP

_____
Office name

445 Park Avenue, 7th Floor, New York, NY 10022

_____
Address

daniela@agilawgroup.com

_____
Email Address

(646) 233-2913

_____
Telephone number

_____
Fax Number