UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Criminal No. 23-cr-323-PX |
| | * | |
| v. | * | **ORDER GRANTING MOTION** |
| | * | **TO CONTINUE SENTENCING** |
| | * | |
| MICHAEL VERZALENO, JR., ET AL., | * | |
| | * | |
| Defendants. | * | |

**THIS MATTER** having been opened to the Court by counsel for defendants Michael Verzaleno, Jr., and Michael Verzaleno, Sr., and Susan P. Carrano (collectively, the "Defendants"), for the entry of an Order granting Defendants' motion to continue sentencing pursuant to Fed. R. Crim. P. 32(b) and Local Rule 213, and for good cause shown;

**IT IS** on this _____ day of February, 2025;

**ORDERED** as follows:

1.    Defendants' motion to continue sentencing is hereby granted.

2.    Sentencing is hereby continued to _____, 2025.

_____

Hon. Paula Xinis, U.S.D.J.