CSG law

CHIESA SHAHINIAN & GIANTOMASI PC

105 Eisenhower Parkway, Roseland, NJ 07068
csglaw.com

**LEE VARTAN**
Member

lvartan@csglaw.com

O  973.530.2107     F  973.325.1501

March 21, 2025

**_Via ECF and Email_**
Honorable Paula Xinis
United States District Judge
6500 Cherrywood Lane
Suite 255
Greenbelt, Maryland 20770

   Re: *United States v. Michael Verzaleno, Jr., et al.* (Criminal No. LKG-23-323)

Dear Judge Xinis:

  Our office is counsel to Michael Verzaleno, Jr. We write in advance of sentencing, scheduled for March 24, 2025, to provide Your Honor with an additional letter of support in advance of sentencing, and to address certain logistical matters in connection with the sentencing hearing.

  *First*, enclosed is a letter of support from former New Jersey Governor James McGreevey, received after our submission of Mr. Verzaleno's sentencing memorandum. Governor McGreevey would like to briefly address Your Honor at sentencing but is unable to travel to Maryland on Monday. We would respectfully request the Court provide Governor McGreevey with an audio or video conference link or dial-in to appear virtually.

  *Second*, in addition to Governor McGreevey, we would ask that the Court entertain remarks from Mr. Verzaleno's wife, Karen, along with Mr. Verzaleno's longtime employee, Abdul Oliver, Sr. at sentencing. Mrs. Verzaleno and Mr. Oliver will be present in Court, and we anticipate that the total remarks, including Governor McGreevey's, will not be longer than 10-15 minutes.

        Respectfully submitted,

        /s/ Lee Vartan

        Lee Vartan



**Corporate Headquarters**
591 Summit Avenue
Suite 605B
Jersey City, NJ 07306
551.256.9717

**Reentry Sites**
Bergen
Essex
Hudson
Middlesex
Monmouth
Morris
Ocean
Passaic
Sussex
Union
Virtual

Visit NJReentry.org

February 10th, 2025

**The Honorable Paula Xinis**
United States District Judge
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

**February 10th, 2025**

**Re: Letter of Support for Michael Verzaleno Jr.**

Dear Judge Xinis,

I respectfully request your consideration of leniency for Michael Verzaleno Jr. as he faces sentencing. Having spent much of my public service advocating for Second Chances, particularly for those who have faced incarceration, I have come to know firsthand the power of redemption and rehabilitation. Michael exemplifies these principles in the fabric of his life's work.

As the leader of Kearny Steel Container Corporation, a family-owned business that has served as an anchor in the community for four generations, Michael has demonstrated a profound commitment to those who often struggle to find employment due to past crimes. Under his leadership, Kearny Steel has provided opportunities to individuals returning from incarceration, offering them a path forward when others might turn them away. Employees speak of him not as a distant executive but as a man who works alongside them—offering guidance and accountability. Many of these men and women, who once had nowhere to turn, now have stability and purpose because of Michael's willingness to invest in them personally and professionally.

Michael has acknowledged the gravity of his own mistakes. He has taken full responsibility for his actions, speaking openly with his employees about his missteps and their consequences. This level of transparency and humility is rare, particularly in a leader of his stature. His acceptance of a plea agreement is not just a legal decision but an expression of his deep remorse and commitment to making amends.

I do not seek to diminish the severity of the situation before the court. Instead, I want to highlight that Michael is not defined by his transgressions but by his

overwhelming dedication to his employees, family, and community. A harsh sentence would impact him and send ripples to hundreds of employees who depend on his guidance and leadership daily. Many of these individuals, who have already fought to rebuild their lives, now fear the loss of a man who has served as their mentor and supporter.

Your Honor, justice must be served, but I believe justice should allow room for redemption. Michael Verzaleno Jr. has already taken significant steps toward making amends. In considering his sentence, I respectfully ask that you consider his mistake, the lives he has lifted, and the good he will continue to do if given the opportunity.

Thank you for your time and thoughtful consideration.

Sincerely,

**James E. McGreevey**
609.439.9094
jemcgreevey@njreentry.org