PROB 22
(Rev. 1/24)

**DOCKET NUMBER** *(Tran. Court)*

1:23CR00323-1

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*

2:25cr346 (CCC)

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Maryland | Greenbelt |

Michael George Verzaleno, Jr

▆▆▆▆▆▆▆▆▆▆

Mountain Lakes, NJ   07046

| NAME OF SENTENCING JUDGE | | |
|---|---|---|
| Paula Xinis | | |
| **DATES OF PROBATION/ SUPERVISED RELEASE** | **FROM** | **TO** |
| | 03/24/2025 | 03/23/2028 |

**OFFENSE**

18:1349. F, Attempt and Conspiracy to Commit Fraud

**SENTENCING DATE:** 04/25/2025

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Mr. Verzaleno Jr. resides in the District of New Jersey – Newark Office, with no plans to return to the District of Maryland.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of New Jersey upon that Court's order of acceptance of jurisdiction.  This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 5/19/25 | *Paula Xinis* |
|---|---|
| Date | United States District Judge |

Paula Xinis

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 5/23/2025 | |
|---|---|
| Effective Date | United States District Judge |

TRUE AND CERTIFIED COPY
Michael Dixon
10:33 am, May 27 2025
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY